This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**STATE OF NEW MEXICO, ex rel.**
**ROMAN R. ROMERO, d/b/a THE**
**ROMERO LAW FIRM, P.A.**

Petitioner-Appellant,

v.                                                                    **NO. 29,913**

**THE HONORABLE FRANK A. SEDILLO,**
**METROPOLITAN COURT JUDGE (Div. V),**

Respondent-Appellee,

and involving

**D. RUSCH GATHINGS, d/b/a THE LAW**
**OFFICE OF D. RUSCH GATHINGS,**

Defendant,

and

**THE HONORABLE GERALDINE E. RIVERA,**
**District Court Judge.**

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Geraldine E. Rivera, District Judge**

The Romero Law Firm, P.A.
Roman R. Romero
Albuquerque, NM

Pro Se Appellant

Gary K. King, Attorney General
Santa Fe, NM

for Appellee

Law Office of D. Rusch Gathings
D. Rusch Gathings
Albuquerque, NM

for Defendant

## MEMORANDUM OPINION

**BUSTAMANTE, Judge.**

Summary affirmance was proposed for the reasons stated in the calendar notice. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.

Affirmed.

**IT IS SO ORDERED.**

_____
**MICHAEL D. BUSTAMANTE, Judge**

**WE CONCUR:**

_____
**CYNTHIA A. FRY, Chief Judge**

_____
**CELIA FOY CASTILLO, Judge**